THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                Plaintiff,<br>    v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>                Defendants. | CASE NO. C15-1039-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In light of the new trial date, the Court ORDERS the following: the pretrial order is due by March 9, 2018; trial briefs, proposed voir dire, proposed jury instructions, and motions in limine are due by March 12, 2018. Additionally, as noted in the previous order, the discovery deadline is October 15, 2017; dispositive motions must be filed by December 15, 2017; and trial will begin on March 19, 2018. (Dkt. No. 108 at 2.)

DATED this 8th day of August 2017.

                                            William M. McCool
                                            Clerk of Court

                                            s/Paula McNabb
                                            Deputy Clerk