UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>    Plaintiff,<br> v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>    Defendants. | CASE NO. C15-1039-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This minute order clarifies the Court's previous order setting pretrial deadlines (Dkt. No. 109). The Court ordered that trial briefs, proposed voir dire, proposed jury instructions, and motions in limine shall be due by March 12, 2018. (*Id.* at 1.) This schedule deviates somewhat from the provisions set forth in Local Civil Rule 7 because it addresses the nature of these specific filings and the manner in which the Court addresses them. To allow the Court adequate time to review the filings before trial, **any responses or objections to the pretrial filings shall be due by Wednesday, March 14, 2018.** The Court shall orally rule on any motions in limine or pretrial motions on the first morning of trial.

//

1       DATED this 17th day of August 2017.

                                                William M. McCool
                                                Clerk of Court

                                                s/Paula McNabb
                                                Deputy Clerk