THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>Defendants. | CASE NO. C15-1039-JCC<br><br>MINUTE ORDER |
|---|---|

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 112). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." This rule also applies to any counterclaims. Fed. R. Civ. P. 41(c).

Here, all parties that have appeared stipulate that all claims shall be dismissed with prejudice. (Dkt. No. 112 at 2–4.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. All claims in this action are DISMISSED with prejudice and without costs to any party, with each party to bear its own attorney fees and other litigation expenses. The Clerk is directed to CLOSE this case.

//

DATED this 23rd day of October 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk
